DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff: **Meryl Pomponio***


YASHA RAHIMZADEH, *Cal. Bar No.:230487*
LAW OFFICE OF YASHA RAHIMZADEH
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Tel:916-337-8066/Fax:916-446-7104
yrlaw@attorneynorcal.com

*Attorneys for Defendants: **SBBB Cars, Inc.**,*
***Jadallah Abusneineh, Sina Rohani,***
***and Frank D. Ranells***

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **MERYL POMPONIO,** | Case No.: 2:18-cv-2250-MCE-DB |
| Plaintiff, | **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| **SBBB CARS, INC**., as an entity and doing business as "Gino Motors", **JADALLAH ABUSNEINEH**, as an individual and doing business as "Gino Motors", **SINA ROHANI**, as an individual and doing business as "Sr Auto Sales", **FRANK D. RANELLS**, and DOES 1-50, Inclusive, | |
| Defendants | |

## **ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety, WITH PREJUDICE, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE